UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.J.B. HILLIARD, W.L. LYONS, INC.,
    Plaintiff,

-v-

Case No. 1:07-cv-811

HON. PAUL L. MALONEY

KEVIN H. CLARK, CARLA A. MASSELINK
BRYAN ZICHTERMAN, DANIEL M.
KLEINHEKSEL, MARK L. ZICHTERMAN,
THOMAS BOSCH, SARAH CLARK, DAWN
PHILLIPS, TINA JUNIOR, JILL KONING,
KATHY MUOIO and the LAKESHORE GROUP,
    Defendants.

ORDER EXTENDING TEMPORARY RESTRAINING ORDER

This Court heard oral arguments on Plaintiff Hilliard-Lyons' Motion for a Preliminary Injunction at 10:00 a.m. on August 28, 2007. The Revised Temporary Restraining Order issued on August 22, 2007, by its terms, expired upon the hearing. This Court took the Motion for a Preliminary Injunction under advisement in order to more fully consider the depositions, other exhibits and arguments presented by the parties.

This Court finds the facts as outlined in the Revised Temporary Restraining Order and the need to review the various submissions by the parties the hearing to be good cause under Fed. R. Civ. P. 65(b) and extends the August 22, 2007 Revised Temporary Restraining Order for an additional ten days or until such time as this Court issues an order on Plaintiff's Motion for a Preliminary Injunction. **IT IS SO ORDERED.**

Date: <u>August 28, 2007</u>                               <u>/s/ Paul L. Maloney</u>
                                                                                            Honorable Paul L. Maloney
                                                                                            United States District Judge