UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.J.B. HILLIARD, W.L. LYONS, INC.,
        Plaintiff,

                                     Case No. 1:07-cv-811

-v-

                                     HONORABLE PAUL L. MALONEY

KEVIN H. CLARK, CARLA A. MASSELINK
BRYAN ZICHTERMAN, DANIEL M.
KLEINHEKSEL, MARK L. ZICHTERMAN,
THOMAS BOSCH, SARAH CLARK, DAWN
PHILLIPS, TINA JUNIOR, JILL KONING,
KATHY MUOIO and the LAKESHORE GROUP,
        Defendants.

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

      Having been brought before the Court by Plaintiff, and the Court having considered the complaint, the motion, the brief in support, the brief in opposition, the accompanying exhibits and oral argument, this Court grants a preliminary injunction in favor of Plaintiff Hilliard-Lyons.  The various findings and reasons supporting the preliminary injunction are outlined in the accompanying opinion.

      **IT IS HEREBY ORDERED** that:

      1.  All Defendants must return any and all paper or electronic PriceMetrix Reports to Plaintiff.  Defendants may not retain copies (paper, electronic or other medium) of the PriceMetrix Reports.

      2.  Defendants Bryan Zichterman, Dan Kleinheksel, Mark Zichterman, Tom Bosch, and Sarah Clark must return any and all paper or electronic records and files of Hilliard-Lyons.  These Defendants may not retain records which include the names and addresses of clients assigned to them by Hilliard-Lyons or clients who were obtained while employed by Hilliard-Lyons (excluding

members of Defendants' immediate family).

3.   Defendants Bryan Zichterman, Dan Kleinheksel, Mark Zichterman, Tom Bosch, and Sarah Clark may not solicit clients assigned to them by Hilliard-Lyons or clients who were obtained while employed by Hilliard-Lyons (excluding members of Defendants' immediate family).

4.   Defendants Kevin Clark and Carla Masselink may not use information about clients assigned to them by Hilliard-Lyons or clients who were obtained while employed by Hilliard-Lyons to compete with Hilliard-Lyons (excluding members of Defendants' immediate family).

5.   Defendants Dawn Phillips, Tina Junior, Jill Koning, and Kathy Muoio may not use information the other Defendants are prohibited from using compete with Hilliard-Lyons (excluding members of Defendants' immediate family).

6.   Defendants may accept account transfers from clients who initiate contact.

7.   Defendants must comply with the return of records by 12:00 p.m. (noon) Saturday, September 1, 2007 at a reasonable location designated by Plaintiffs' Counsel.

8.   This Order shall remain in full force and effect until a decision is rendered by the FINRA Arbitration Panel.


Date:  <u>August 31, 2007</u>                          <u> /s/ Paul L. Maloney            </u>
                                                       Paul L. Maloney
                                                       United States District Judge